IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LUCAS 0403, LLC and<br>JK0528 INVESTMENTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMON ENERGY SOLUTIONS, INC.,<br>CHEVRON NORTH AMERICA, INC.,<br>and MILWAUKEE ELECTRICAL TOOL<br>CORPORATION,<br><br>    Defendants. | Case No. CIV-22-603-SLP |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Lucas 0403, LLC and JK0528 Investments, LLC ("Plaintiffs") voluntarily dismiss the above action with prejudice as to all claims, causes of action and parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

s/ J. Blake Johnson
J. Blake Johnson, OBA No. 32433
OVERMAN LEGAL GROUP, PLLC
809 NW 36th Street
Oklahoma City, Oklahoma 73118
Telephone:   (405) 605-6718
Facsimile:   (405) 605-6719
Email: blakejohnson@overmanlegal.com
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ J. Blake Johnson
For the Firm
